# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00675-CV

**Jason Hodge, Appellant**

**v.**

**Amanda Carter, Independent Administrator of the Estate of Quinton Hodge, Jr., a/k/a J. Q. Hodge, Jr., Deceased, and Blue Bull, LLC, Appellees**

### FROM THE 335TH DISTRICT COURT OF LEE COUNTY, NO. 16,588, THE HONORABLE REVA TOWSLEE-CORBETT, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Jason Hodge has filed an unopposed motion to abate the appeal pending the parties' agreed mediation of the dispute. We abate this appeal to allow the parties to conduct the scheduled mediation. *See* Tex. R. App. P. 2 (appellate court may suspend rule's operation in particular case and order different procedure). The parties shall submit either a joint status report concerning the status of settlement negotiations or a motion to reinstate on or before May 9, 2022. The appeal will remain abated until further order of this Court.

It is so ordered on March 10, 2022.

Before Justices Goodwin, Baker, and Triana

Abated

Filed: March 10, 2022